THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* THOMAS HYLAND, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued February 23, 1928; decided March 27, 1928.)

APPEAL from a judgment of the Court of General Sessions of the county of New York, rendered November 28, 1927, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Henry A. Lowenberg, Edwin M. Stanton* and *Abraham Eisenstat* for appellant.

*Joab H. Banton, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not voting: ANDREWS, J.